```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MICHAEL BLUM,

                              Plaintiffs,

         -against-

EQUIFAX INFORMATION SERVICES, LLC et. al.

                              Defendant.

----------------------------------------------------------------X

23-CV-10798 (VR)

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

    The parties are directed to file a joint letter by no later than April 15, 2024, providing the Court with an update on the status of the case. The letter should detail the progress of discovery in the prior month and the anticipated next steps in the upcoming month.

    **SO ORDERED.**

DATED:    White Plains, New York
                March 13, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge