```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Michael Blum

                            Plaintiff,

            -against-

Ford Motor Credit Company, LLC.,

                           Defendant.
-----------------------------------------------------------------X

7:23-cv-10798

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      On September 5, 2024, the Court directed the parties to submit a letter to the Court by no later than October 10, 2024. (ECF No. 34). The Court has not yet received any such letter. The parties are reminded to submit a status letter, which is now due by **October 23, 2024**.

      **SO ORDERED.**

DATED:    White Plains, New York
               October 18, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge

1