UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
BLUM,

                                Plaintiff(s),

- against -

EQUIFAX INFORMATION SERVICES, LLC, et al.,

                                Defendant(s).
--------------------------------------------------------x

**ADJOURNMENT ORDER**

23 Civ. 10798 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

    The above case previously scheduled for a telephonic Status Conference on October 24, 2024 before United States District Judge Nelson S. Román, **is hereby adjourned *sine die*** pending resolution of ongoing discovery issues before United States Magistrate Judge Reznik.

    Counsel are directed to file pre-motion letters seeking leave to file a dispositive motion within one (1) week of the completion of discovery. Responses thereto shall be filed three (3) days thereafter. Courtesy copies shall be emailed to chambers.

    Alternatively, if counsel jointly decide to not seek leave to file dispositive motions, counsel shall notify the Court in writing and request the Court schedule a Pretrial Teleconference.

Dated: White Plains, New York
         October 23, 2024

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2024