```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Michael Blum,

                            Plaintiffs,

                -against-

Ford Motor Credit Company, LLC.,

                         Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:23-cv-10798 NSR-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for **November 7, 2024 at 11 am.** The parties are to dial in to the ATT conference line at 877-336-1839, enter access code **5999739** and then # to enter the conference.

    SO ORDERED.

DATED:    White Plains, New York
                October 25, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge