UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Michael Blum,

                         Plaintiff,                        23-cv-10798

-against-                      **ORDER**

Equifax Information Services, LLC. et al.,
                         Defendants.
-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

      On November 7, 2024, the Court directed the parties to submit a joint status letter to the Court by no later than December 31, 2024. (ECF No. 41). The Court has not yet received any such letter. The parties are reminded to submit a status letter, which is now due by **January 8, 2025**.

      **SO ORDERED.**

DATED:    White Plains, New York
                 January 2, 2025

                                                                VICTORIA REZNIK
                                                               United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/2/2025